**Order entered December 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01260-CV**

**WILLIAM FRANCIS AND INCLINE ENERGY PARTNERS, L.P.,**
**Appellants**

**V.**

**PHOENIX CAPITAL GROUP HOLDINGS, LLC, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-06350**

**ORDER**

Before the Court is appellants' December 22, 2022 opposed motion for an extension of time to file their opening brief. We **GRANT** the motion and extend the time to **February 8, 2023**.

/s/     KEN MOLBERG
           JUSTICE